DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUSTIN STURN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-12-196 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| JUSTIN STURN, | ) |
| Defendant. | ) |
| _____ | ) |

This matter came on calendar for a status conference hearing on June 19, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Morris appeared on behalf of the United States of America. Assistant Federal Defender Matthew Scoble appeared on behalf of Defendant Justin Sturn, who was present before the court.

Defense counsel explained that discovery is forthcoming, and that the defendant and counsel need time to review discovery, conduct further investigation, and evaluate possible defenses and/or mitigation. Defense counsel therefore requested that this matter be set

1  for a further status conference on July 24, 2012, at 9:15 am.
2  　　　The parties agreed on the need for additional time.
3  　　　**IT IS HEREBY ORDERED** that this matter be set for further status
4  conference on July 24, 2012 at 9:15 am..
5  　　　**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
6  and (B)(iv), and Local Code T4, the period from June 19, 2012, up to
7  and including July 24, 2012, is excluded from the time computations
8  required by the Speedy Trial Act due to counsel preparation.
9  　　　**THE COURT SPECIFICALLY FINDS** that the ends of justice served by
10 granting a continuance outweigh the interests of the public and the
11 defendants in a speedy trial.

13 Dated: June 20, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT