```
                                              FILED
                                              June 26, 2012
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>JUSTIN S. STURN,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　) | Case No. 2:12-CR-00196-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JUSTIN S. STURN</u>, Case No. <u>2:12-CR-00196-LKK</u>, Charge <u>Title 18 USC § 2252(a)(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　✔　Bail Posted in the Sum of <u>$50,000.00</u>

　　　　✔　Unsecured Appearance Bond

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　✔　(Other)　　<u>Pretrial release conditions as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 26, 2012</u> at <u>(Effective 8:30 am 6/27/2012)</u>.

　　　　　　　　　　　　　　By　/s/ Gregory G. Hollows
Copy 5- Court　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　United States Magistrate Judge