1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUSTIN STURN

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) NO. CR. S-12-196-LKK
11                                   )
                    Plaintiff,       )
12                                   )      **STIPULATION AND ORDER**
        v.                           )  **CONTINUING STATUS CONFERENCE**
13                                   )       **AND EXCLUDING TIME**
   JUSTIN STURN,                     )
14                                   ) Date:  August 28, 2012
                    Defendant.       ) Time:  9:15 a.m.
15 _____  ) Judge: Hon. Lawrence K. Karlton

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MATTHEW MORRIS, Assistant United States
18
   Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
   JUSTIN STURN, that the status conference hearing date of July 24, 2012
20
   be vacated, and the matter be set for status conference on August 28,
21
   2012 at 9:15 a.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including August 28, 2012 pursuant to 18 U.S.C.
28

1   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2   T4 based upon continuity of counsel and defense preparation.

3

    DATED:  July 23, 2012.                    Respectfully submitted,

4
                                              DANIEL J. BRODERICK
5                                             Federal Public Defender

6

7                                             /s/ Matthew Scoble
                                              MATTHEW SCOBLE
8                                             Designated Counsel for Service
                                              Attorney for JUSTIN STURN
9

10  DATED:  July 23, 2012.                    BENJAMIN WAGNER
                                              United States Attorney
11

12
                                              /s/ Matthew Scoble for
13                                            MATTHEW MORRIS
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff

15

16

17                              **ORDER**

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19  ordered that the July 24, 2012, status conference hearing be continued

20  to August 28, 2012, at 9:15 a.m.  Based on the representation of

21  defense counsel and good cause appearing there from, the Court hereby

22  finds that the failure to grant a continuance in this case would deny

23  defense counsel reasonable time necessary for effective preparation,

24  taking into account the exercise of due diligence.  The Court finds

25  that the ends of justice to be served by granting a continuance

26  outweigh the best interests of the public and the defendant in a speedy

27  trial.  It is ordered that time up to and including the August 28, 2012

28  status conference shall be excluded from computation of time within

                                   2

1  which the trial of this matter must be commenced under the Speedy Trial

2  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

3  T-4, to allow defense counsel reasonable time to prepare.

4  Dated: July 23, 2012

5  _____
   LAWRENCE K. KARLTON
6  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28