```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. Cr. S-12-196-LKK |
| Plaintiff,   ) | |
| v.   ) | **STIPULATION AND ORDER;** |
|    ) | **CONTINUING STATUS CONFERENCE** |
| JUSTIN STURN,   ) | **AND EXCLUDING TIME** |
| Defendant.   ) | Date: October 30, 2012 |
| _____ ) | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN STURN, that the status conference hearing date of August 28, 2012 be vacated, and the matter be set for status conference on October 30, 2012 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 30, 2012 pursuant to 18 U.S.C.

```
1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3
   DATED:   August 24, 2012.                  Respectfully submitted,
4
                                              DANIEL J. BRODERICK
5                                             Federal Public Defender
6
7                                             /s/ Matthew Scoble
                                              MATTHEW SCOBLE
8                                             Designated Counsel for Service
                                              Attorney for JUSTIN STURN
9
10 DATED:   August 24, 2012.                  BENJAMIN WAGNER
                                              United States Attorney
11
12
                                              /s/ Matthew Scoble for
13                                            MATTHEW MORRIS
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff
15
16
17                                  ORDER
18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the August 28, 2012, status conference hearing be
20 continued to October 30, 2012, at 9:15 a.m.  Based on the
21 representation of defense counsel and good cause appearing there from,
22 the Court hereby finds that the failure to grant a continuance in this
23 case would deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 October 30, 2012 status conference shall be excluded from computation
```

1 of time within which the trial of this matter must be commenced under
2 the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3 and Local Code T-4, to allow defense counsel reasonable time to
4 prepare.
5 Dated: August 24, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT