DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> JUSTIN STURN,                  )<br>                                )<br>          Defendant.            )<br>_____ ) | NO. Cr.S-12-196-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  November 27, 2012<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN STURN, that the status conference hearing date of October 30, 2012 be vacated, and the matter be set for status conference on November 27, 2012 at 9:15 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 27, 2012 pursuant to 18

```
 1  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
 2  Code T4 based upon continuity of counsel and defense preparation.
 3
 4  DATED:  October 25, 2012.              Respectfully submitted,
                                           DANIEL J. BRODERICK
 5                                         Federal Public Defender
 6
 7                                         /s/ Matthew Scoble
                                           MATTHEW SCOBLE
 8                                         Designated Counsel for Service
                                           Attorney for JUSTIN STURN
 9
10  DATED:  October 25, 2012.              BENJAMIN WAGNER
                                           United States Attorney
11
12
                                           /s/ Matthew Scoble for
13                                         MATTHEW MORRIS
                                           Assistant U.S. Attorney
14                                         Attorney for Plaintiff
15
16
17                                 ORDER
18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19  ordered that the October 30, 2012, status conference hearing be
20  continued to November 27, 2012, at 9:15 a.m.  Based on the
21  representation of defense counsel and good cause appearing there from,
22  the Court hereby finds that the failure to grant a continuance in this
23  case would deny defense counsel reasonable time necessary for effective
24  preparation, taking into account the exercise of due diligence.  The
25  Court finds that the ends of justice to be served by granting a
26  continuance outweigh the best interests of the public and the defendant
27  in a speedy trial.  It is ordered that time up to and including the
28  November 27, 2012 status conference shall be excluded from computation
```

1  of time within which the trial of this matter must be commenced under
2  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3  and Local Code T-4, to allow defense counsel reasonable time to
4  prepare.
5  Dated: October 25, 2012

   _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT