1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
JUSTIN STURN
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,        )  NO. Cr.S-12-196-LKK
11                                 )
                  Plaintiff,      )
12                                 )        **STIPULATION AND ORDER;**
      v.                          )   **CONTINUING STATUS CONFERENCE**
13                                 )        **AND EXCLUDING TIME**
JUSTIN STURN,                     )
14                                 )  Date:  January 8, 2013
                  Defendant.      )  Time:  9:15 a.m.
15 _____ )  Judge: Hon. Lawrence K. Karlton

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
their respective counsel, MATTHEW MORRIS, Assistant United States
18
Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
JUSTIN STURN, that the status conference hearing date of November 27,
20
2012 be vacated, and the matter be set for status conference on January
21
8, 2013 at 9:15 a.m.
22
        The reason for this continuance is to allow defense counsel
23
additional time to review discovery with the defendant, to examine
24
possible defenses and to continue investigating the facts of the case.
25
        Based upon the foregoing, the parties agree that the time under
26
the Speedy Trial Act should be excluded from the date of signing of
27
this order through and including January 8, 2013 pursuant to 18 U.S.C.
28

1 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2 T4 based upon continuity of counsel and defense preparation.

3

  DATED:   November 26, 2012.                Respectfully submitted,

4
                                             DANIEL J. BRODERICK
5                                            Federal Public Defender

6

7                                            /s/ Matthew Scoble
                                             MATTHEW SCOBLE
8                                            Designated Counsel for Service
                                             Attorney for JUSTIN STURN
9

10 DATED:   November 26, 2012.               BENJAMIN WAGNER
                                             United States Attorney
11

12
                                             /s/ Matthew Scoble for
13                                           MATTHEW MORRIS
                                             Assistant U.S. Attorney
14                                           Attorney for Plaintiff

15

16

17                                 ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19 ordered that the November 27, 2012, status conference hearing be

20 continued to January 8, 2013, at 9:15 a.m.  Based on the representation

21 of defense counsel and good cause appearing there from, the Court

22 hereby finds that the failure to grant a continuance in this case would

23 deny defense counsel reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence.  The

25 Court finds that the ends of justice to be served by granting a

26 continuance outweigh the best interests of the public and the defendant

27 in a speedy trial.  It is ordered that time up to and including the

28 January 8, 2013 status conference shall be excluded from computation of

1  time within which the trial of this matter must be commenced under the

2  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

3  Local Code T-4, to allow defense counsel reasonable time to prepare.

4  Dated: November 26, 2012

5

6

7  _____

8  LAWRENCE K. KARLTON
   SENIOR JUDGE
9  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3