JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. Cr.S-12-196-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER;** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JUSTIN STURN, | ) | Date:  April 2, 2013 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |


IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN STURN, that the status conference hearing date of February 26, 2013 be vacated, and the matter be set for status conference on April 2, 2013 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 2, 2013 pursuant to 18 U.S.C. §3161

1   (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based
2   upon continuity of counsel and defense preparation.

3   DATED:   February 28, 2013.                    Respectfully submitted,
4
                                                   JOSEPH SCHLESINGER
5                                                  Acting Federal Defender
6
7                                                  /s/ Matthew Scoble
                                                   MATTHEW SCOBLE
8                                                  Designated Counsel for Service
                                                   Attorney for JUSTIN STURN
9
10  DATED:   February 28, 2013.                    BENJAMIN WAGNER
                                                   United States Attorney
11
12
13                                                 /s/ Matthew Scoble for
                                                   MATTHEW MORRIS
                                                   Assistant U.S. Attorney
14                                                 Attorney for Plaintiff
15
16
17                                     ORDER
18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19  ordered that the February 26, 2013, status conference hearing be continued
20  to April 2, 2013, at 9:15 a.m.  Based on the representation of defense
21  counsel and good cause appearing there from, the Court hereby finds that
22  the failure to grant a continuance in this case would deny defense counsel
23  reasonable time necessary for effective preparation, taking into account
24  the exercise of due diligence.  The Court finds that the ends of justice
25  to be served by granting a continuance outweigh the best interests of the
26  public and the defendant in a speedy trial.  It is ordered that time up
27  to and including the April 2, 2013 status conference shall be excluded
28  from computation of time within which the trial of this matter must be

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

2  and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time

3  to prepare.

4  Dated: February 26, 2013

5

6

7  LAWRENCE K. KARLTON

8  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28