JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S-12-196-LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER;** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUSTIN STURN, ) | Date:  April 16, 2013 |
| ) | Time:  9:15 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN STURN, that the status conference hearing date of April 2, 2013 be vacated, and the matter be set for status conference on April 16, 2013 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 16, 2013 pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 2, 2013.                    Respectfully submitted,

                                         JOSEPH SCHLESINGER
                                         Acting Federal Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for JUSTIN STURN

DATED: April 2, 2013.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Matthew Scoble for
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 2, 2013, status conference hearing be continued to April 16, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 16, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 1, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT