HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>             Plaintiff,                )<br>                                        )<br>     v.                                )<br>                                        )<br>JUSTIN STURN,                           )<br>                                        )<br>             Defendant.                )<br>_____ ) | NO. CR. S-12-196-TLN<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: August 22, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN STURN, that the status conference hearing date of July 11, 2013 be vacated, and the matter be set for status conference on August 22, 2013 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 22, 2013 pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 10, 2013.                    Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                   Federal Defender

                                                   /s/ Matthew Scoble
                                                 MATTHEW SCOBLE
                                                 Designated Counsel for Service
                                                 Attorney for JUSTIN STURN

DATED: July 10, 2013.                    BENJAMIN WAGNER
                                                 United States Attorney

                                                 /s/ Matthew Scoble for
                                                 MATTHEW MORRIS
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 11, 2013, status conference hearing be continued to August 22, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the August 22, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: July 10, 2013

_____
Troy L. Nunley
United States District Judge